CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Seyed A Issazadeh

CASE NO.: 14-05907-LT13

DATE PETITION FILED: 07/25/2014

## FEE APPLICATION SUMMARY

APPLICANT: Michael A. Feldman , REPRESENTING THE FELDMAN LAW GROUP

ORDER APPROVING EMPLOYMENT: _____

| CATEGORIES[1] | _____ INTERIM PERIOD _____ TO _____ | |
|---|---|---|
|  | HOURS | AMOUNT REQUESTED |
| Case Administration | 10 | $ 3,100.00 |
| (Balance of Chapter 13 initial fee) | | |
| Claims Administration and Objections | 2 | $ 625.00 |
| (Additional fee, Motion to Value, Order Doc No. 55) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 12 | $3,725.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

_____

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

**CSD 1143 (Page 2)** [04/28/96]

## REPRINTED FROM THE U.S. TRUSTEE'S *GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES* DATED 1/30/96

*Here is a list of suggested project categories for use in most bankruptcy cases  Only one category should be used for a given activity. Professionals should make their best effort to be consistent in their use of categories, whether within a particular firm or by different firms working on the same case.  It would be appropriate for all professionals to discuss the categories in advance and agree generally on how activities will be categorized.  The application may contain additional categories as the case requires.  They are generally more applicable to attorneys in chapter 7 and chapter 11, but may be used by all professionals as appropriate.*

ASSET ANALYSIS & RECOVERY:  Identification and review of potential assets including causes of action and non-litigation recoveries.

ASSET DISPOSITION:  Sales, leases (§ 365 matters), abandonment and related transaction work.

BUSINESS OPERATIONS:  Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems.

CASE ADMINISTRATION:  Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries.

CLAIMS ADMINISTRATION & OBJECTIONS:  Specific claim inquiries; bar date motions; analysis, objections and allowance of claims.

EMPLOYEE BENEFITS/PENSIONS:  Review issues such as severance, retention, 401K coverage and continuance of pension plan.

FEE/EMPLOYMENT APPLICATIONS:  Preparations of employment and fee applications for self or others; motions to establish interim procedures.

FEE/EMPLOYMENT OBJECTIONS:  Review of and objections to the employment and fee applications of others.

FINANCING:  Matters under § 361, 363 and 364 including cash collateral and secured claims; loan document analysis.

LITIGATION:  There should be a separate category established for each matter (e.g., XYZ Litigation).

MEETINGS OF CREDITORS:  Preparing for and attending the conference of creditors, the § 341(a) meeting and other creditors' committee meetings.

PLAN & DISCLOSURE STATEMENT:  Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.

RELIEF FROM STAY PROCEEDINGS:  Matters relating to termination or continuation of automatic stay under § 362.


*The following categories are generally more applicable to accountants and financial advisors, but may be used by all professionals as appropriate.*

ACCOUNTING/AUDITING:  Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

BUSINESS ANALYSIS:  Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies.

CORPORATE FINANCE:  Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries.

DATA ANALYSIS:  Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc.

LITIGATION CONSULTING:  Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc.

RECONSTRUCTION ACCOUNTING:  Reconstructing books and records from past transactions and bringing accounting current.

TAX ISSUES:  Analysis of tax issues and preparation of state and federal tax returns.

VALUATION:  Appraise or review of appraisals of assets.


**CSD 1143**

FEE Summary
DEBTOR: Seyed A Issazadeh                                    CASE NO: 14-05907-LT13

The undersigned attorney for the above-referenced Debtor(s):

A.  Represents that Debtor's plan has been confirmed without a fee application requesting approval of attorney's fees and costs.

B.  Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on __07/25/2014__ and that the fees set forth in paragraph (C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

C.  Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

1.  The agreed initial fee for attorney services:    $ 3,600.00 ;

2.  Additional fees not part of initial fee:    $ 625.00 ;

    (Specify referencing any relief from stay or adversary proceeding number as relevant):
    Motion to Value Real Property, Order Docket # 55

3.  Total fees received to date:    $ 500.00 ;

4.  Total unpaid balance of fees:    $ 3,725.00 ;

D.  Requests that this Court:

    Approve the fees and costs as set forth in paragraph C above and that such fees and costs be paid as administrative expenses prior to payment on other claims.

Dated: 04/16/2015                 /s/ Michael A Feldman
                                  Attorney for Debtor