CSD 1183 [08/01/11]
Name, Address, Telephone No. & I.D. No.

MICHAEL A. FELDMAN ESQ. SBN: 110580
THE FELDMAN LAW GROUP
2404 BROADWAY
SAN DIEGO, CA 92102
PHONE (619) 297-5811

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Seyed A Issazadeh

BANKRUPTCY NO. 14-05907-LT13

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-____    Debtor.

## NOTICE OF HEARING AND MOTION

TO: All Parties Concerned;

**YOU ARE HEREBY NOTIFIED** that on _____June 16, 2015_____, at __2:00p__.m., in Department No.__3__, Room__129__ the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of _Michael A. Feldman_____, Movant, for

APPLICATION OF THE FELDMAN LAW GROUP SBN: 110580, Attorney for Debtor,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED:  04/16/2015

/s/ Michael A. Feldman
[Attorney for] Moving Party

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 1183

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 17th day of April, 2015, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:

APPLICATION FOR COMPENSATION OF CHAPTER 13 PLAN; AND ORDER THEREON

by [describe here mode of service]:
US MAIL & ELECTRONIC MAIL

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   Attorney for Debtor (if required):

See attached Mailing Matrix (2 pages)

[ ] For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ] For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ ] For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 04/17/2015
(Date)

/s/ Anthony Wood
(Typed Name and Signature)

2404 BROADWAY
(Address)

SAN DIEGO, CA 92102
(City, State, ZIP Code)

CSD 1183

MATRIX

14-05907-LT13 Notice will be mailed to:

Case 14-05907-LT13
Southern District of California

Bank of America, N.A., c/o Prober & Raphael,
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364-6207

The Bank of New York Mellon FKA the Bank of
c/o Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

ASC
PO BOX 10389
Des Moines, IA 50306-0389

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

HSBC Bank USA, National Association
Americas Servicing Company
Attention: Bankruptcy Department
MAC # D3347-014 3476 Stateview Blvd
Fort Mill, SC 29715

JENNIFER DEMARCO
477 G Ave
Coronado, CA 92118-1618

Megan E. Lees
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

The Bank of New York Mellon, et al
c/o Prober & Raphael, A Law Corp.
Attorneys for Secured Creditors
P.O. Box 4365
Woodland Hills, CA 91365-4365

MATRIX

**14-05907-LT13 Notice will be electronically mailed to:**

Thomas H. Billingslea
Billingslea@thb.coxatwork.com

Jenny Judith Hayag on behalf of Trustee Thomas H. Billingslea
Billingslea@THB.Coxatwork.com

Megan Lees on behalf of Creditor HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates
mlees@piteduncan.com, ecfcasb@piteduncan.com;MEL@ecf.inforuptcy.com

Halie Leonard on behalf of Creditor The Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2005-J10, Mortgage Pass-Through Certificates Series 2005-J10
hleonard@pralc.com

Cassandra J. Richey on behalf of Creditor Bank of America, N.A., c/o Prober & Raphael, A Law Corp.
cmartin@pralc.com

Cassandra J. Richey on behalf of Creditor The Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2005-J10, Mortgage Pass-Through Certificates Series 2005-J10
cmartin@pralc.com

United States Trustee
ustp.region15@usdoj.gov